# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                    Case No. 3:16-CR-73-03

**CHARLES SPENCER,**

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 210), ACCEPTING THE PLEAS OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT**

---

This matter came on for a hearing on May 16, 2018, for a plea hearing. The matter was heard before United States Magistrate Judge Sharon L. Ovington. Having conducted a full plea colloquy with the defendant, the Magistrate Judge concluded that the Defendant's pleas of guilty to Count 1ss and 2ss of the Superseding Information were knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt.

The Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on June 1, 2018, hereby ADOPTS said Report and Recommendations.

Therefore, based upon the aforesaid, and this Courts de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (doc. 210) in its entirety, finding that the pleas were knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offenses for which he pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing is scheduled for August 24, 2018 at 1:30 p.m.

**DONE** and **ORDERED** in Dayton, Ohio, this 4th day of June, 2018.

                                                        THOMAS M. ROSE, JUDGE
                                                        UNITED STATES DISTRICT COURT