UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                            Case No. 3:16-CR-73-03

CHARLES DARNELL SPENCER,

    Defendant.

## ENTRY AND ORDER

This matter is before the Court on Defendant's *pro se* motion entitled "Motion for Judicial Recommendation on Residential Re-Entry Center Placement 3624" (doc. 256) filed February 10, 2021. The Defendant has requested the Court issue a recommendation that he be eligible for additional halfway house placement, twelve (12) months, pending his anticipated release date of October 14, 2022.

IT IS THE RECOMMENDATION OF THE COURT that if the Defendant is determined by the United States Bureau of Prison's Unit Team to be eligible, pursuant to 18 U.S.C. §3621(b) he be considered for designation.

**DONE** and **ORDERED** in Dayton, Ohio, this 24th day of February, 2021.

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT